Melvin Cline, Appellant and Cross Appellee, v. Kirchwehm Bros. Cartage Co., Inc., a Corporation, Appellee and Cross Appellee, and M. A. Soper Co., a Corporation, Appellee and Cross Appellant.

Gen. No. 48,714. 

First District, Third Division.

June 12, 1963.

 James A. Dooley, of Chicago, for plaintiff-appellant and cross-appellee; Kirkland, Ellis, Hodson, Chaffetz & Masters, of Chicago (David Jacker, Caryl P. Bonotto and John M. O'Connor, Jr., of counsel) for defendant-appellee and cross-appellee, Kirchwehm Bros. Cartage Co., Inc.; Hubbard, Hubbard, O'Brien & Hall, of Chicago, for M. A. Soper Co., defendant-appellee and cross-appellant. Opinion by JUSTICE McCORMICK. Not to be published in full.